UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SONIA L. GARCIA<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No.  3:07-CV-5201-KLS<br><br><br>ORDER FOR REMAND |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, a new hearing and a new decision. On remand, the ALJ will: 1) further evaluate all of Plaintiff's mental impairments particularly her depression and panic disorder; 2) re-evaluate the opinions of Drs. Neims, Houck, Wingate, Barnard, and Price, and explain the weight if any they are to be given; 3) if necessary, obtain supplemental medical expert testimony, other than from Dr. Lewy to clarify the nature and severity of Plaintiff's mental impairments; 4) consider all of the lay witness evidence and explain the weight, if any, accorded to each, or

Order for Remand

provide germane reasons for rejecting any of them; 5) in light of the expanded record, re-evaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; 6) upon the expanded record, if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's ability to perform any other work that exists in significant numbers in the national economy.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §§ 2412(a),(d).

DATED this 1st day of October, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
Richard.Rodriguez@ssa.gov

Order for Remand