MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONIA L. GARCIA, ) | |
|                   Plaintiff, ) | CIVIL NO. C07-5201-KLS |
| vs. ) | AGREED ORDER FOR EAJA FEES AND EXPENSES |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|                   Defendant. ) | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,579.75 and expenses in the sum of $14.64 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.  The check(s) shall be mailed to Plaintiff's attorney's office: <u>410-A South Capitol Way, Olympia, WA  98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: October 30, 2007.

*/s/ Karen L. Strombom*

Karen L. Strombom

United States Magistrate Judge

AGREED ORDER FOR EAJA FEES   - Page 1
AND EXPENSES
[C07-5201-KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Attorney for Defendant
*(SIGNED PER TELEPHONIC AGREEMENT)*

## CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order for EAJA Fees and Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard M. Rodriguez
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
richard.rodriguez@ssa.gov

Brian C. Kipnis
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
brian.kipnis@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Declaration Re EAJA Fees and its attachments to the following non-CM/ECF participants:

   NONE

AGREED ORDER FOR EAJA FEES   - Page 2
AND EXPENSES
[C07-5201-KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1
2  DATED: October 29, 2007                /s/ Dawn Erdelbrock
                                          Dawn Erdelbrock, Legal Assistant
3                                         MADDOX & LAFFOON, P.S.
                                          dawnerdelbrock@comcast.net
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AGREED ORDER FOR EAJA FEES   - Page 3        MADDOX & LAFFOON, P.S.
AND EXPENSES                                 410-A South Capitol Way
[C07-5201-KLS]                               Olympia, WA. 98501
                                             (360) 786-8276