# United States District Court

WESTERN DISTRICT OF WASHINGTON

SONIA L GARCIA,
    Plaintiff,

  v.

MICHAEL ASTRUE, Commissioner
of Social Security.
    Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY FEES AND COSTS

CASE NUMBER: C07-5201KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED that attorney fees in the amount of $3,579.75 and expenses in the sum of $14.64 be awarded to plaintiff.

October 30, 2007                     BRUCE RIFKIN
                                  Clerk

                         _____ /s/__*Traci Whiteley*_____
                           By Traci Whiteley, Deputy Clerk